A CERTIFIED TRUE COPY
ATTEST

By Tammie Brooks on Sep 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 26, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 23 2010
DAVID J. BRADLEY, CLERK OF COURT

IN RE: BP P.L.C. SECURITIES LITIGATION

MDL No. 2185

A CERTIFIED TRUE COPY
ATTEST

By L. Gouldie on Sep 23, 2010

US DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 10, 2010, the Panel transferred three civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Keith P. Ellison.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Ellison.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Keith P. Ellison.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 10, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BP P.L.C. SECURITIES LITIGATION                                    MDL No. 2185

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

FLORIDA NORTHERN
  ~~FLN  3   10-206~~           ~~Robert L. Rinke v. BP, PLC, et al.~~   Opposed 9/10/10

LOUISIANA EASTERN
  LAE  2   10-1446           John P. Miles, et al. v. Anthony B. Hayward, et al.
  LAE  2   10-1683           Lore Greenfield, et al. v. BP p.l.c., et al.
  LAE  2   10-1881           Eugene McClurg v. BP, PLC, et al.
  LAE  2   10-1933           Victor Skomedal v. Anthony B. Hayward, et al.
  LAE  2   10-1964           Cody A. Nedved v. Anthony B. Hayward, et al.
  LAE  2   10-2013           Oklahoma Police Pension & Retirement System v. BP, PLC, et al.

LOUISIANA WESTERN
  ~~LAW  6   10-1007~~           ~~Armands Bistro, LLC v. BP, PLC, et al.~~   Opposed 9/10/10